HORRALL *v.* MATTINGLEY and Another.

The same point is decided in this case as in *Horrall* v. *Scudder*, *supra*.

APPEAL from the *Daviess* Common Pleas.

ELLIOTT, C. J.—The appellees were undertakers, and filed a claim in the Court of Common Pleas against the estate of

*Elvira Horrall,* deceased, for a coffin, &c., furnished for her. The appellant was the administrator of the estate. On the final hearing, the court rendered a personal judgment against the appellant.

The case is precisely the same, in every other respect, as that of *Horrall* v. *Scudder, ante* p. 499, and for the reasons given in that case, the judgment in this is reversed, with costs, and a similar judgment ordered.

*J. W. Burton,* for appellant.

*S. H. Taylor,* for appellee.